**Electronically Filed
Supreme Court
SCPW-13-0002165
22-JUL-2013
10:59 AM**

SCPW-13-0002165

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVEN R. SCHAEFER, Petitioner,

vs.

OFFICE OF DISCIPLINARY COUNSEL, Respondent.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the June 22, 2013 letter from Steven R. Schaefer, it appears that Mr. Schaefer is seeking review of the Office of Disciplinary Counsel's consideration of the complaint Mr. Schaefer filed against attorneys Hayden Aluli and Mimi Desjardins. Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall file the June 22, 2013 letter as a petition for a writ of mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, July 22, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

